# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 13-cr-10023-DPW |
| ) | |
| MICHAEL E. McLAUGHLIN, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## THE CHELSEA HOUSING AUTHORITY

Undersigned counsel respectfully submit notice of their appearance on behalf of the Chelsea Housing Authority.

Respectfully submitted,

CHELSEA HOUSING AUTHORITY,

By its Attorneys,

/s/ J. William Codinha
J. William Codinha (BBO # 087740)
Cornelius J. Moynihan, Jr. (BBO #358840)
Ronaldo Rauseo-Ricupero (BBO #670014)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Tel: (617) 345-1000
Fax: (617) 345-1300
jcodinha@nixonpeabody.com

Dated: May 30, 2013

## CERTIFICATE OF SERVICE

I, J. William Codinha, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ J. William Codinha
J. William Codinha

14477564.1