**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 13-cr-10023-DPW |
| | ) | |
| MICHAEL E. McLAUGHLIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CHELSEA HOUSING AUTHORITY AND CHELSEA CITYWIDE TENANT**
**ASSOCIATION'S MOTION FOR RECOGNITION AS VICTIM AND APPLICATION**
**FOR AWARD OF RESTITUTION**

The Chelsea Housing Authority ("CHA") and the Chelsea Citywide Tenants Association

("CCTA") hereby respectfully move this Court to recognize CHA as a victim in this case, to

permit CHA to make an in-court victim impact statement, and to award CHA restitution in the

amount of $548,192, all pursuant to 18 U.S.C. § 3771, or, alternatively, pursuant to this Court's

discretion.  Grounds for this motion are set forth in the accompanying memorandum of law.

14477517.1

Respectfully submitted,

CHELSEA HOUSING AUTHORITY,

By its Attorneys,

CHELSEA CITYWIDE TENANTS
ASSOCIATION,

By its Attorney,

/s/ J. William Codinha_____
J. William Codinha (BBO # 087740)
Cornelius J. Moynihan, Jr. (BBO #358840)
Ronaldo Rauseo-Ricupero (BBO #670014)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Tel:  (617) 345-1000
Fax: (617) 345-1300
jcodinha@nixonpeabody.com

/s/ Jay Rose_____
Jay Rose (BBO # 550924)
GREATER BOSTON LEGAL SERVICES
197 Friend Street
Boston, Massachusetts  02114
Tel:  (617) 603-1651
Fax: (617) 371-1222
jrose@gbls.org

Dated: May 31, 2013

## CERTIFICATE OF SERVICE

I, J. William Codinha, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ J. William Codinha
J. William Codinha

## CERTIFICATE OF RULE 7.1(A)(2) CONFERENCE

Pursuant to Local Rules 7.1(a)(2) and 112.1, I, J. William Codinha, hereby certify that counsel for CHA conferred in good faith with counsel for Defendant and counsel for the Government regarding the above referenced motion in a good faith attempt to resolve or narrow the issues contained therein.

/s/ J. William Codinha
J. William Codinha

14477517.1